# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Credit Suisse AG, Cayman Islands Branch

Plaintiff,

v.

Case No.:
1:15−cv−08125

Honorable Ronald
A. Guzman

Appaloosa Investment Limited Partnership I, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 30, 2015:

MINUTE entry before the Honorable Ronald A. Guzman: This case having been transferred from the United States District Court for the Southern District of New York, it is referred to the bankruptcy judges of this District pursuant to 28 U.S.C. section 157(a) and the Local Rule Internal Operating Procedure 15(a) for the United States District Court for the Northern District of Illinois. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.